IN THE MATTER OF WILLIAM J. KALLEN.

March 30, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. EMANUEL JENKINS.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID MITCHELL.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD KEARNEY.

March 30, 1982.

Petition for certification denied.   (See 183 *N.J.Super.* 13)